IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**JAN WHITT GANANN**                                                                    **PLAINTIFF**

**v.**                                                              **CIVIL ACTION NO. 1:18-CV-205-RP**

**COMMISSIONER OF SOCIAL SECURITY**                              **DEFENDANT**

## FINAL JUDGMENT

Plaintiff Jan Whitt Ganann filed suit under 42 U.S.C. § 1383(c) for judicial review of the unfavorable decision of the Commissioner of Social Security regarding an application for period of disability, supplemental security income, and disability insurance benefits. Docket 1. The parties have consented to entry of final judgment by the United States Magistrate Judge under 28 U.S.C. § 636(c), with any appeal to the Court of Appeals for the Fifth Circuit. Docket 9. The Court, having reviewed the record, the administrative transcript, the briefs of the parties, and the applicable law and having heard oral argument, finds as follows:

For the reasons announced by the Court on the record at the conclusion of the parties' oral argument during a hearing held in this matter today, the Court finds there is no reversible error, and the Commissioner's decision is supported by substantial evidence in the record. Therefore, the decision of the Commissioner is hereby **AFFIRMED**.

**SO ORDERED**, this the 21st day of August, 2019.

                                                               /s/ Roy Percy
                                                               UNITED STATES MAGISTRATE JUDGE